This is to advise that on February 6, 2008

Senior Judge R. Kenton Musgrave

Issued CONFIDENTIAL Slip Opinion 08-18

In action

Ct. No. 06-00247

Diamond Sawblades Manufacturers Coalition,
(Plaintiff,)

v.

United States.
(Defendant,)

and

St. Gobain Abrasives, Inc., EHWA Diamond Industrial Co., Ltd., and Shinhan Diamond Indus. Co., Ltd.,
(Defendant-Intervenors.)