This is to advise that on January 13, 2009

Senior Judge R. Kenton Musgrave

Issued CONFIDENTIAL Slip Opinion 09-5

In action

Ct. No. 06-00247

Diamond Sawblades Manufacturers Coalition,
(Plaintiff,)

v.

United States
(Defendant,)

and

St.Gobain Abrasives, Inc., Ehwa
Diamond Industrial Co., Ltd., and
Shinhan Diamond Indus. Co., Ltd.,
(Defendant-Intervenors.)